# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 21, 2023

### NO. 03-22-00452-CV

**Blanca Abila, Appellant**

**v.**

**Ryan Miller, Appellee**

**APPEAL FROM THE 20TH DISTRICT COURT OF MILAM COUNTY**
**BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND THEOFANIS**
**REVERSED AND RENDERED -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order signed by the trial court on April 28, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's order. Therefore, the Court reverses the trial court's modification order and renders judgment denying appellee's petition. The appellee shall pay all costs relating to this appeal, both in this Court and in the court below.